**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sean Wilczak,<br><br>        Plaintiff,<br><br>        v.<br><br>United Parcel Service, Inc.,<br><br>        Defendants. | Case No. CV 25-10196-JLS(AJRx)<br><br>ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND FILING OF DISMISSAL |

     On December 5, 2025, a Joint Notice of Settlement was filed by Defendant [12], indicating that the case has fully settled. Based thereon, the Court hereby orders all proceedings in the case stayed and that this action is removed from the Court's active caseload. The case will not be reopened absent a written showing of good cause.

     The parties shall file a Stipulation of Dismissal no later than January 5, 2026 (the "Dismissal Date").  If no dismissal is filed, the Court deems the matter dismissed at that time.

     Until the Dismissal Date, the Court retains full jurisdiction over this action.  Any outstanding Orders to Show Cause are discharged. All pending dates are terminated.

IT IS SO ORDERED.

DATED: December 08, 2025

                                            JOSEPHINE L. STATON
                                            _____
                                            HONORABLE JOSEPHINE L. STATON
                                            UNITED STATES DISTRICT JUDGE